# PXO-U

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CASE NUMBER: 2:65-CV-00396-MHH

LINDA STOUT, et al.,
    Plaintiffs,
vs.
UNITED STATES OF AMERICA,
    Plaintiff-Intervenor
vs.
JEFFERSON COUNTY BOARD OF EDUCATION,
    Defendant,
GARDENDALE CITY BOARD OF EDUCATION,
    Defendant-Intervenor.

VIDEOTAPED DEPOSITION
OF
SCOTT BEASON
March 18, 2016

REPORTED BY:
J. Ashley Arrowood, CSR, RPR
Henderson & Associates Court Reporters
5 North Royal Street - Suite 200
Mobile, Alabama 36602

## Page 2

STIPULATIONS

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of SCOTT BEASON may be taken before J. Ashley Arrowood, Commissioner, at White, Arnold & Dowd, 2025 3rd Avenue North, Birmingham, Alabama, on the 18th day of March, 2016

IT IS FURTHER STIPULATED AND AGREED that the signature to and the reading of the deposition by the witness is waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of Court relating to the taking of depositions

## Page 3

STIPULATIONS
(Continued)

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections except as to form or leading questions, and that counsel for the parties may make objections and assign grounds at the time of the trial, or at the time said deposition is offered in evidence or prior thereto

IT IS FURTHER STIPULATED AND AGREED that the notice of filing of the deposition by the Commissioner is waived

## Page 4

APPEARANCES

APPEARING ON BEHALF OF THE PLAINTIFFS:
NAACP Legal Defense & Educational Fund, Inc
Ms Monique N Lin-Luse and Mr Christopher Wilds
40 Rector Street, 5th Floor
New York, New York 10006
    -and-
White, Arnold & Dowd, P C
Mr U W Clemon
2025 3rd Avenue North
Suite 500
Birmingham, Alabama 35203

APPEARING ON BEHALF OF THE PLAINTIFF-INTERVENOR:
U S Department of Justice
Civil Rights Division
Educational Opportunities Section
Ms Natane Singleton (via telephone)
950 Pennsylvania Avenue, N W
Washington, D C  20530

5

1    A P P E A R A N C E S (continuing:)
2
3    APPEARING ON BEHALF OF THE DEFENDANT:
4    Bishop, Colvin, Johnson & Kent, LLC
5    Mr Whit Colvin
6    1910 1st Avenue North
7    Birmingham, Alabama 35203
8
9    APPEARING ON BEHALF OF THE DEFENDANT-INTERVENOR:
10   Adams and Reese, LLP
11   Mr Stephen A Rowe
12   1901 6th Avenue North
13   Suite 3000
14   Birmingham, Alabama 35203
15
16   ALSO PRESENT:
17   Dr Patrick Martin
18   Mr Joey Watson - Videographer

6

1              I N D E X
2                                              PAGE:
3    EXAMINATION BY MR. CLEMON:                   9
...
18            INDEX OF EXHIBITS
19
20   Exhibit 1                                   9
21   Exhibit 2                                  10
22   Exhibit 3                                  29

7

1         I, J. Ashley Arrowood, CSR, RPR, a Court
2    Reporter and Notary Public of the State of Alabama,
3    acting as Commissioner, do certify that on this date,
4    as provided by the Alabama Rules of Civil Procedure
5    and the foregoing stipulation of counsel, there came
6    before me at White, Arnold & Dowd, 2025 3rd Avenue
7    North, Birmingham, Alabama, on March 18, 2016, beginning
8    at 1:54 p.m., SCOTT BEASON, witness in the above cause
9    for oral examination, whereupon the following
10   proceedings were had:
11        THE VIDEOGRAPHER: This marks the
12   beginning of Tape No. 1 in the deposition of Scott
13   Beason. We're on the record, 1:54 p.m., March 18th,
14   2016, in the matter of Stout v. Jefferson County Board
15   of Education, Case No. 2:65-CV-00396-MHH in the United
16   States District Court for the Northern District of
17   Alabama, Southern Division.
18        Would attorneys present please identify
19   who they represent?
20        MR. COLVIN: Whit Colvin for the
21   Jefferson County Board of Education.
22        MR. WILDS: Chris Wilds, legal fellow for
23   the plaintiffs.
24        MS. LIN-LUSE: Monique Lin-Luse for the
25   plaintiffs.

8

1        MR. CLEMON: U. W. Clemon for the
2    plaintiff.
3        MR. ROWE: Steve Rowe for Gardendale
4    Board of Education.
5        THE VIDEOGRAPHER: And by telephone?
6        MS. LIN-LUSE: Natane?
7        MR. ROWE: Natane Singleton for DOJ. I
8    mean, that's easy --
9        MS. SINGLETON: I am here now. I think
10   you previously muted yourself. And I can press my own
11   mute button --
12       MS. LIN-LUSE: Perfect.
13       MS. SINGLETON: -- so you won't hear
14   me --
15       MS. LIN-LUSE: Perfect.
16       MS. SINGLETON: -- okay?
17       MS. LIN-LUSE: Okay.
18       THE VIDEOGRAPHER: Would the court
19   reporter please swear in the witness?
20       THE COURT REPORTER: If you would, raise
21   your right hand.
22
23            SCOTT BEASON,
24   having been first duly sworn, was examined and testified
25   as follows:

2 (Pages 5 to 8)

```
                                           9
 1   EXAMINATION BY MR. CLEMON:
 2        Q.   Good afternoon, Senator Beason.
 3        A.   Judge, how are you?
 4        Q.   I'm fine, thank you.  You appear here
 5   this afternoon in -- in obeyance to a subpoena that was
 6   served on you?
 7        A.   Correct.
 8        Q.   And prior to receiving the subpoena, did
 9   you receive a letter from the NAACP Legal Defense Fund
10   which I'm going to offer as Plaintiff's Exhibit 1?  And
11   I'll just show it to you.
12             (Whereupon, Exhibit 1 was
13             marked for identification.)
14        Q.   (BY MR. CLEMON:)  Did you receive this
15   letter?
16        A.   I thought it came at the same time.
17        Q.   Okay.  All right.
18        A.   I thought it came at the same -- I
19   think they delivered it to me when they delivered the
20   subpoena.
21        Q.   All right.  And you've read it?
22        A.   Yes, sir.
23        Q.   And did you, pursuant to the terms of
24   that subpoena, produce these documents which will be
25   identified as Plaintiff's Exhibit 2?
```

```
                                          10
 1        A.   Yes, sir, to the best of my ability.
 2             (Whereupon, Exhibit 2 was
 3             marked for identification.)
 4             THE WITNESS:  You want me to keep them?
 5             MR. CLEMON:  No.  The court reporter
 6   will.
 7             THE WITNESS:  Oh, okay.
 8        Q.   (BY MR. CLEMON:)  Senator, would you tell
 9   us your full name?
10        A.   Jason Scott Beason.
11        Q.   And what is your address?
12        A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,
13   Alabama.
14        Q.   Where were you born, Senator?
15        A.   Hartselle, Alabama.
16        Q.   That's in Morgan County?
17        A.   I couldn't tell you which county it's
18   in.  I mean, I was only there when I was born.
19        Q.   I see.  Where did you grow up?
20        A.   I grew up in Gardendale.  We moved to
21   Gardendale when I was, I think, seven years old.
22        Q.   I see.  And did you go to elementary
23   school in Gardendale?
24        A.   I went to Gardendale Elementary School
25   and started there as a third grader, and I graduated
```

```
                                          11
 1   from Gardendale in 1987.
 2        Q.   Gardendale High School?
 3        A.   Yes, sir.
 4        Q.   All right.  And you received a bachelor's
 5   degree in geology from the University of Alabama?
 6        A.   Yes, sir.
 7        Q.   That was in 1991?
 8        A.   Yes, sir.
 9        Q.   And did you -- did you have a job when
10   you were in college?
11        A.   The job I had when I was in college is
12   when I went to graduate school.  I taught graduate
13   Geology Lab, 101 Geology Lab, when I was doing --
14   working on my master's.
15        Q.   I see.  Did you get a master's?
16        A.   I did not finish.  I took a job with
17   Rust Environment & Infrastructure.
18        Q.   All right.  And how long did you stay
19   with Rust?
20        A.   Until -- my boss there started his own
21   business, and I left with him.  So I was in the
22   environmental consulting business until fall of '97,
23   maybe --
24        Q.   I see.
25        A.   -- something like that.
```

```
                                          12
 1        Q.   And all this time you were living in
 2   Gardendale?
 3        A.   Yes, sir.  Well, we moved back.  My
 4   wife and I got married and lived in Tuscaloosa.  And
 5   then when I took a job at Rust, we moved back to
 6   Gardendale.
 7        Q.   All right.  And do you recall what year
 8   that was?
 9        A.   No, sir.  I could think about it, but
10   it was '93, '94, something like that.
11        Q.   I see.  What is your current occupation
12   or profession?
13        A.   I host a radio show.  I am the senior
14   policy advisor called -- for a group called The
15   Alabama Free Market Alliance.  And then I do some
16   consulting work.  I have a little LLC.
17        Q.   All right.  What is the Alabama
18   consulting alliance?
19        A.   The Alabama Free Market Alliance is a
20   small, little conservative economics group that
21   promotes lower taxes, smaller government, that kind of
22   thing.
23        Q.   I see.  And how long have you had that
24   business?
25        A.   They asked me to help them just a
```

```
                                              13
 1   little while after I got out of the senate.  I say a
 2   little -- probably -- yeah, after my term would have
 3   ended in the senate.
 4        Q.   That would have been sometime in 2014?
 5        A.   Let's see.  When did I get out?  Yeah.
 6   I would have ended in November of '14.  So I probably
 7   started with them in the spring of '15.
 8        Q.   I see.  Do they have an office here in
 9   Birmingham?
10        A.   No.  It's Paul Reynolds, it's his
11   group, and I think they just kind of do it as a -- as
12   their -- it's just one of the things they do.
13        Q.   I see.  Do you work out of your home?
14        A.   Yes, sir.
15        Q.   All right.
16        A.   Well, for the most part, yes.
17        Q.   All right.
18        A.   I'm my own shop all the way around.
19        Q.   Good.  And you say you're a talk show
20   host?
21        A.   Yes, sir.
22        Q.   What radio station is that?
23        A.   WYDE.
24        Q.   And that's here in Birmingham?
25        A.   The station itself is in Birmingham.

                                              14
 1   The tower is in Cullman.
 2        Q.   I see.  And how often is that show aired?
 3        A.   From 11:00 to 1:00, five days a week,
 4   Monday through Friday.  And then I think they do a
 5   rebroadcast of part of it on the weekend.  I don't
 6   even know when that is.
 7        Q.   Is this a call-in-type show?
 8        A.   Yes, sir.  It's just a call-in talk
 9   radio show.
10        Q.   All right.  And you say it's two hours?
11        A.   It's two hours everyday.  I do one hour
12   by myself, and then the second hour I do with the
13   gentleman who started the show, a gentleman named
14   Cliff Sims.  And he comes in, and we do an hour
15   together.
16        Q.   I see.  And how long have you had the
17   show?
18        A.   I've been doing the show since probably
19   early December of last year.  It's really his.  I just
20   am the host.
21        Q.   I see.
22        A.   He pays me.
23        Q.   When did you get married?
24        A.   Let's see.  This is one of those
25   that'll get me in trouble.  1992.

                                              15
 1        Q.   And what's your wife's name?
 2        A.   Lori, L-o-r-i.
 3        Q.   And does she work outside the home?
 4        A.   No.  She's a stay-at-home mom.
 5        Q.   All right.  And you have three kids?
 6        A.   I do.
 7        Q.   What are their names and ages?
 8        A.   Keller, who is 16; Merritt, who is 12;
 9   and Mac -- McCalan, who is 9.
10        Q.   All right.  Keller is at Gardendale High?
11        A.   He's at Gardendale High School.  He's a
12   tenth grader.
13        Q.   And Merritt?
14        A.   She is a seventh grader at Bragg, which
15   is Gardendale's junior high.
16        Q.   All right.  And Mac?
17        A.   Is a third grader at Gardendale
18   Elementary School.
19        Q.   All right.
20        A.   He goes to -- he and Merritt go to the
21   same buildings that I went to when I went to school.
22        Q.   I see.  When were you first elected to
23   the Alabama legislature?
24        A.   1998.
25        Q.   And you were elected from a district --

                                              16
 1   the House of Representatives?
 2        A.   Yes, sir.
 3        Q.   What district was it?
 4        A.   I think that term it was 50.
 5        Q.   Well, yeah, the numbers sometimes change.
 6        A.   Right.  Right.  Right.
 7        Q.   So what area -- what area were you?
 8        A.   North Jefferson County.
 9        Q.   All right.  And that would include
10   Gardendale?
11        A.   It went from Gardendale to Clay.
12        Q.   I see.
13        A.   So I represented all of North Jefferson
14   County.  Clay and Gardendale were my two biggest
15   municipalities.
16        Q.   How long were you in the Alabama House of
17   Representatives?
18        A.   Eight years, two terms.
19        Q.   Did you chair any committees in the
20   House?
21        A.   Not at that time.  Republicans were
22   nowhere close to chairing committees.  And I was new,
23   too, so --
24        Q.   All right.  And you were subsequently
25   elected to the Alabama Senate?
```

17

1  A.  Yes, sir.
2  Q.  When were you first elected to the
3  Alabama Senate?
4  A.  2006.
5  Q.  All right. And what communities did you
6  represent as a senator?
7  A.  That district was almost all of Blount
8  County. In Jefferson County it went from the Corner
9  area over there -- on 78 all the way across to
10 Clay/Trussville area, still my same House district,
11 and then half of St. Clair County.
12 Q.  I see. But was Gardendale included --
13 A.  Yeah, Gardendale was in there.
14 Q.  -- in that central --
15 A.  I think in my senate district -- the
16 first time I had some of Fultondale.
17 Q.  I see. During your first term in the
18 Alabama Senate, did you hold any positions?
19 A.  No, sir.
20 Q.  And in the second term?
21 A.  I did hold a position in the second
22 term.
23 Q.  And what was that?
24 A.  That was Rules.
25 Q.  You were the --

18

1  A.  I was Rules chairman for one year.
2  Q.  -- chairman for one year? We're members
3  of the same club.
4  A.  You got to stay there longer probably.
5  Q.  And when did your position in the state
6  senate end?
7  A.  I left in 2014.
8  Q.  All right. Do you presently hold any
9  elective office?
10 A.  No, sir. I'm recovering.
11 Q.  All right. Do you, Senator, know the
12 members -- the present members of the Gardendale City
13 Council?
14 A.  Yes, sir.
15 Q.  All of them?
16 A.  I know some of them better than -- than
17 others.
18 Q.  Others, but you know all of them?
19 A.  Uh-huh, I'm acquainted with all of
20 them.
21 Q.  All right. Have you worked with -- with
22 them on various city matters during the time both when
23 you were a senator and now?
24 A.  You know, they really never -- I
25 couldn't point to one specific thing that we worked on

19

1  a lot together.
2  Q.  Yeah.
3  A.  The district I represented, the cities
4  for the most part kind of tried to do their own thing.
5  Q.  I see.
6  A.  If they had a problem, I would try to
7  help them --
8  Q.  I see.
9  A.  -- as far as a big project or -- you
10 know, some -- some legislators were always being
11 called by their cities.
12 Q.  Yeah.
13 A.  But, I mean, I worked with them if they
14 needed me for something, if they called me and asked,
15 but I was not one of those to always be there saying,
16 hey --
17 Q.  Yes. Who is the mayor of Gardendale?
18 A.  Now it's Stan Hogeland.
19 Q.  And how long has he been mayor?
20 A.  Maybe a year.
21 Q.  I see.
22 A.  I don't even know when -- the former
23 mayor went to work for David Carrington in Jefferson
24 County.
25 Q.  And who is that?

20

1  A.  Othell Phillips.
2  Q.  And how long was Mr. -- was Mayor
3  Phillips -- how long did he serve?
4  A.  I couldn't tell you exactly.
5  Probably -- I don't know if he was re-elected once or
6  twice. So six to eight years.
7  Q.  I see. And who was mayor before then?
8  A.  Kenny Clemons.
9  Q.  All right.
10 A.  I think that's right. Yeah, I think
11 it's Clemons.
12 Q.  All right. And did you from time to time
13 work with these mayors on problems that they came to see
14 you about in your capacity as their representative?
15 A.  I cannot think of some -- a problem
16 that Gardendale had -- I think the only time -- I
17 can't think of a problem that they called and asked me
18 to fix.
19 Q.  I see. I see. Are you a member of the
20 Gardendale Rotary Club?
21 A.  I was a honorary member for a little
22 while.
23 Q.  All right.
24 A.  I'm not now.
25 Q.  All right. Was that -- during the time

```
                                                    21
 1   that you were honorary member, did you attend any of the
 2   meetings?
 3       A.   Yeah, a couple.
 4       Q.   And as a senator, did you from time to
 5   time speak at the rotary club?
 6       A.   If I was invited, I probably did, there
 7   or the Chamber of Commerce, either one.
 8       Q.   All right. But they did invite you from
 9   time to time?
10       A.   I think so.
11       Q.   Yeah. All right. Is it fair to say,
12   Senator, that you are a strong supporter of the
13   Gardendale schools and have been?
14       A.   Yes, sir, since -- since -- since
15   before I was ever elected to the legislature.
16       Q.   Yes, sir.
17       A.   I was for a Gardendale School System
18   when I ran for the legislature in 1994. And I didn't
19   win, but I was for it way back then.
20       Q.   All right.
21       A.   And I was only 24 years old then.
22       Q.   Now, you say you were for a Gardendale
23   School System. You mean at that time you felt that
24   Gardendale should have a separate school system?
25       A.   Uh-huh.
```

```
                                                    22
 1       Q.   All right. And why is that? What was --
 2       A.   Well, I mean, I had just been out of
 3   Gardendale for a few years. And if you just think
 4   about the way things had always been run by the
 5   county, from my point of view, even being a student,
 6   was that everything required permission from somebody
 7   else that you didn't even know.
 8            I mean, there was a time -- and I don't
 9   even know if it's the same way -- if you were hot in
10   the classroom or the school was hot, you had to ask
11   permission from downtown for them to turn the
12   air-conditioner on. All those kinds of things were
13   remotely done supposedly.
14            If you needed to have something fixed,
15   you had to call the county. If you needed to -- if
16   somebody wanted to borrow the gym for some kind of
17   event, you had to go down and ask the county. And I
18   always thought that it would be better for us to
19   manage our own thing.
20       Q.   Yeah.
21       A.   I mean, I can remember when the -- when
22   the school had to be painted. Now, this is the school
23   that was torn down.
24       Q.   Yes, sir.
25       A.   Needed to be painted, and Sherwin
```

```
                                                    23
 1   Williams donates paint supposedly. Now, this is the
 2   story. And, you know, there's no money to paint the
 3   schools, so parents and coaches and dads, you know,
 4   paint the school.
 5            And then lo and behold, just a little
 6   while later, some other school is getting painted with
 7   taxpayer money. You're like, well, wait a minute.
 8   Why are we painting it ourselves if there's money to
 9   paint other places?
10            So, you know, it's that whole thing
11   that you can do better things in your town if you
12   don't have to go to somebody else and ask.
13       Q.   It was sort of a matter of local control?
14       A.   Yes, sir.
15       Q.   All right. And have you, over the years
16   in your representative capacity in the House and Senate,
17   at various times contacted the state superintendent of
18   education about Gardendale education matters?
19       A.   Trying to break away?
20       Q.   Well, we'll come to that.
21       A.   Okay.
22       Q.   But even before then.
23       A.   I can't think of ever contacting the
24   state --
25       Q.   Okay.
```

```
                                                    24
 1       A.   -- the state superintendent about --
 2       Q.   How about Joe Martin when he was
 3   superintendent?
 4       A.   I don't remember talking to Joe about a
 5   Gardendale issue.
 6       Q.   Okay. And how about -- well, Tommy Bice
 7   seceded him as superintendent?
 8       A.   He did.
 9       Q.   All right. Have you -- have you talked
10   with Mr. Bice about the separate school system for
11   Gardendale?
12       A.   I don't believe he and I have
13   personally spoken about Gardendale School System.
14       Q.   And --
15       A.   I talked -- I just don't remember
16   talking to Tommy Bice.
17       Q.   All right. Have you talked with someone
18   in his office about the Gardendale School System?
19       A.   No. When I went trying to hope that we
20   could be able to break away, I talked to the governor.
21       Q.   All right.
22       A.   And then the governor got me to talk to
23   some staff person -- I don't even remember his name --
24   and then he was going to talk to him.
25       Q.   All right. The governor got you to talk
```

**Page 25**

1   with some staff person in the governor's office?
2       A.   Uh-huh.  It was an executive branch
3   person.
4       Q.   All right.  All right.  So you've had no
5   direct contact with Tommy Bice about the formation of --
6       A.   Not that I can recall --
7       Q.   -- Gardendale being separate?
8       A.   -- no, sir.
9       Q.   All right.  I think you've told us about
10  the kind of relationship that the Gardendale schools
11  have had with the Jefferson County schools over the
12  years.
13      A.   Uh-huh.  And -- well, I know I'm only
14  supposed to answer what you ask, but, you know, my
15  kids go to school there.
16      Q.   Yes.
17      A.   And -- and I see just -- you know, just
18  the things that I think we could do better as a school
19  system if -- if we were our own school system.
20      Q.   I see.
21      A.   I mean, a great example we're living
22  through right now -- and maybe this is not part of
23  what y'all are looking at.  And I'm really not sure
24  what y'all are looking at.  But my oldest son, who
25  just turned 16, is in an AP -- AP history class --

**Page 26**

1       Q.   Yes.
2       A.   -- which the idea is to take the AP
3   test, and if you pass it, you get college credit.
4       Q.   Right.
5       A.   Well, Jefferson County is running block
6   schedule, which everything I read about education,
7   most places have quit doing block schedules a long
8   time ago.  They went back to the old seven class
9   periods, and you take math all year.
10           Well, he takes AP history, the first
11  semester of it, this spring.  He might have the second
12  semester next spring, which means the things he learns
13  in January of this year that are on that AP test --
14      Q.   Yes.
15      A.   -- are 15, 16 months before he tries to
16  take the test to get some college credit.
17           When I personally think if we were
18  doing it ourselves -- I mean, maybe that's giving too
19  much credit to other folks -- that those kinds of
20  things -- because you want kids to pass that AP test.
21      Q.   Yeah.
22      A.   And I just see -- and I was on the
23  education committee when I was in the House, so I used
24  to get all these -- all these letters and newsletters.
25  And this is what other states are doing, the Southern

**Page 27**

1   Regional Education Board, and all these kinds of
2   things, and I'm comparing what works to what we do.
3   I'm like what is wrong?
4       Q.   Yeah.
5       A.   And to get that changed is like trying
6   to change a -- they don't care what I think in
7   Gardendale, Alabama.  But I think if we had a system
8   closer to us where I could just say, "Patrick, what
9   are we doing," --
10      Q.   Yeah.
11      A.   -- he might have a good answer.
12      Q.   Yeah.  So you -- so --
13      A.   It's just frustration.
14      Q.   So you never felt that the Gardendale
15  citizens had a very productive relationship with the
16  Jefferson County Board of Education?
17      A.   I didn't think it was near as good as
18  it could be.
19      Q.   All right.
20      A.   And it seems to be -- I remember I did
21  talk to -- I don't know if it was Mr. Morton or not.
22  But he was talking about -- told me one time -- it had
23  nothing to do with Gardendale, nothing.
24           And I think we were talking about some
25  of the larger -- the systems that were growing in

**Page 28**

1   Alabama.  And he might have just been speaking
2   somewhere, talking about how when you look across the
3   country, there are almost no systems that have over
4   10,000 kids that perform well.  And it's partially
5   because the bureaucracy grows to such extent.
6            And my -- my feeling is that children
7   become numbers because they have so many and that I
8   think smaller systems care more about Scott or U. W.
9   or whoever.
10      Q.   Yeah.
11      A.   And that's -- that's my feeling.
12      Q.   So you've had some concern about
13  education over some period of years?
14      A.   Yes, sir.
15      Q.   And you know that from time to time there
16  have been movements in Gardendale to set up a separate
17  school system?
18      A.   Yes, sir.
19      Q.   And one of those happened in 1999.  Are
20  you familiar with that one?
21      A.   I knew there was a report or a study at
22  one time but --
23      Q.   Let me give you -- this is Plaintiff's
24  Exhibit 3.
25      A.   I tried one time to actually get the

SCOTT BEASON

---

Page 29

```
 1   report, but I don't think I ever got it.
 2              (Whereupon, Exhibit 3 was
 3              marked for identification.)
 4        Q.    (BY MR. CLEMON:)  Well, look at it, and
 5   see if that's --
 6        A.    Is this just the news story?
 7        Q.    Yes, that's the news story.  -- whether
 8   you've seen it before.
 9        A.    I don't believe I've seen this.
10        Q.    Okay.  All right.
11        A.    Like I said, I tried to get the
12   official report one time.  Do y'all have that?
13        Q.    We're coming to that.
14        A.    Okay.
15        Q.    This is -- this is the --
16        A.    Do y'all want me to read this?
17        Q.    Yeah, why don't you look at it and see if
18   it -- it says --
19        A.    I know I haven't seen -- I haven't seen
20   the article.
21        Q.    -- if it says anything that you know to
22   be untrue.
23        A.    Oh, God.  That's asking a lot, Judge.
24   What year is this, '99?
25        Q.    I take it that you -- you would have
```

Page 30

```
 1   agreed with the council's decision not to form a school
 2   system back in 1999?
 3        A.    I would have.  I was not politically
 4   close to the leadership of the town at that time.
 5        Q.    All right.  You are familiar with the
 6   2005 report, aren't you?
 7        A.    I don't remember which is which.
 8        Q.    I'm sorry.  That was a terrible -- that
 9   was an inaccurate question.
10              You are familiar with the fact that in
11   2005 there was a study and report made by the education
12   committee of the city of Gardendale?
13        A.    Is this the second time they studied
14   it?
15        Q.    Yeah.
16        A.    I don't think I had this report either
17   but --
18        Q.    And that's not the complete report.  It's
19   a -- it's a copy of it.  But if you would, look at --
20   it's a copy -- I'm sorry.  I'm sorry.  That's -- that's
21   not the complete report.  It is designated pages from
22   the report.  And I can provide you --
23        A.    Okay.
24        Q.    -- the full report if you want it.
25        A.    No, sir.
```

Page 31

```
 1        Q.    But would you -- would you look at what
 2   is numbered -- it's actually the fourth page of it.
 3        A.    Okay.
 4        Q.    Designated page 43.
 5        A.    Yes, sir.  Got it.  43.
 6        Q.    And in the next-to-last paragraph, would
 7   you read that one?
 8        A.    Starting with "If"?
 9        Q.    If, yes.
10        A.    Okay.  If forced to sum -- if forced to
11   sum this study in one recommendation, it would be it
12   is not the recommendation of this committee to form an
13   independent school system at this time.  However, the
14   community should prepare to form one, ready to open in
15   the fall of 2011, in the event the Jefferson County
16   Board of Education is unable to meet the educational
17   expectations of the citizens of Gardendale.
18        Q.    And were you aware that this
19   recommendation had been made?
20        A.    At the time, no, sir.
21        Q.    Yes.  All right.
22        A.    No, sir.  I heard about this comment at
23   some time after that.
24        Q.    All right.
25        A.    Because this whole time, through both
```

Page 32

```
 1   of these studies, my response has always been --
 2   because I -- personally I think it may have been the
 3   first one -- and this is just me thinking --
 4        Q.    Yeah.
 5        A.    -- that the study was set out to come
 6   to the conclusion of no --
 7        Q.    I see.
 8        A.    -- purposefully.
 9        Q.    Yeah.
10        A.    It was going to be "no" no matter what
11   and -- in my opinion.
12        Q.    And this would be the study that was
13   commissioned by the city council?
14        A.    By the city.
15        Q.    Yeah.
16        A.    And I don't know -- maybe that was the
17   first one.  And -- because my question always was if
18   you look at finances, the majority of finances for
19   school systems in our state, majority of it comes from
20   the State.
21        Q.    Yeah.
22        A.    And then you automatically are able to
23   get your portion from the county, which, unless
24   Gardendale was receiving more funds than it should
25   have been allotted based on per-pupil basises or
```

Page 33

1  however, then we would at least have the amount of
2  money that we were operating our buildings on already.
3      Q.   Yeah.
4      A.   So I never understood the argument of,
5  well, there's not enough money, there's not enough
6  money.  Does that make sense?
7      Q.   Yeah.
8      A.   So --
9      Q.   Would you look at the last page?
10     A.   Oh.
11     Q.   And it identifies the committee members.
12 And I'm going to just ask you to review that and see if
13 you personally know any of these persons who served on
14 that committee.
15     A.   Now, is this that I know who they are
16 or that I know them at all?
17     Q.   Do you know them personally, do you know
18 them at all.
19     A.   Okay, if I know who they are.  I got
20 it.  Got it.
21     Q.   Lee Weinman, who is a chairperson.
22     A.   I'm supposed to.  I recognize the name.
23 I wouldn't recognize the face.
24     Q.   You don't really know him personally?
25     A.   Is he the historic -- well, you

Page 34

1  probably don't know.
2      Q.   I don't know.
3      A.   If he walked in and you told me it's
4  him, I probably would have talked to him.  But it's
5  not somebody I would talk to on the phone.
6      Q.   Okay.  Ron Becker?
7      A.   I do know Ron.
8      Q.   And how do you know him?
9      A.   He's been involved in school system
10 stuff all the time.  He actually calls in to my radio
11 show.
12     Q.   All right.
13     A.   You know, he's been for me when I ran
14 for office before.  I mean, I know him.
15     Q.   All right.  Hazel Butts?
16     A.   I do know Hazel.
17     Q.   And in what connection?
18     A.   She's the crossing guard at the -- or
19 the head crossing guard lady at Gardendale.  She's
20 real close to the former mayor and those people and --
21     Q.   All right.
22     A.   She's never been a big fan of mine.
23     Q.   All right.  Bill Clemons?  He's not
24 related to me.
25     A.   I do know who Bill is, yes.  I know

Page 35

1  Bill.  He's the former mayor's brother.  And I think
2  he's -- I think he's in my parents' Sunday School
3  class.
4      Q.   And you're a member of Gardendale Baptist
5  Church?
6      A.   Yes.
7      Q.   Okay.
8      A.   Which I've been a member of that church
9  since we moved to Gardendale also.
10     Q.   I see.  Yeah.  Yeah.  Hamilton Fraser?
11     A.   Don't know him.
12     Q.   And Ann Getwan?
13     A.   I know who she is.
14     Q.   Ron Guin?
15     A.   I know Ronnie, uh-huh.  He's --
16     Q.   How do you know him?
17     A.   He's -- he goes to my church.  I guess
18 he still goes to my church.  But he's always been a
19 big supporter of things at Gardendale High School.
20 And he's one of the guys that helps gather all the
21 memorabilia and that kind of stuff.  He's kind of like
22 a high school historian person.
23     Q.   All right.  Tracy Hacker?
24     A.   I know Tracy Hacker.  I went to school
25 with Tracy Hacker.

Page 36

1      Q.   And has she been active in the education
2  efforts in Gardendale?
3      A.   I don't remember her being involved in
4  any of the -- this latest round.  She's got a lot of
5  kids and adopted kids and -- so I'm sure she's busy.
6      Q.   All right.  Diane Hollis?
7      A.   Somebody I probably should know but not
8  necessarily.
9      Q.   Kathleen Phillips?
10     A.   Kathleen Phillips.  Kathleen Phillips.
11 Yes, I think I know Kathleen.  Her son used to be in
12 school with -- I think that's her -- used to be in
13 school with my oldest son.
14     Q.   I see.  Jack Sparks?
15     A.   I do know Jack Sparks.  He used to work
16 for the county.
17     Q.   The county Board of Education?
18     A.   Uh-huh.  I think a bunch of these
19 people actually used to work for the county or might
20 have been involved with the county Board of Education
21 at one time.
22     Q.   All right.  And Dr. Sandy Thomas?
23     A.   Don't -- don't know her.
24     Q.   And Teresa Willis?
25     A.   Uh-huh, I know Teresa.  I think she's a

Page 37

1  real -- was a real estate person in and around the
2  area.
3      Q.  All right.  Are you familiar with No
4  Child Left Behind Act?
5      A.  Parts of it, yes, sir.
6      Q.  Yeah.  And what do you understand that to
7  be?
8      A.  Something the federal government should
9  have never done.  Depends which aspect you're --
10     Q.  All right.  All right.
11     A.  I mean, I know it's federal
12 legislation --
13     Q.  Yeah.  Yeah.
14     A.  -- that required the states to do a lot
15 of different things in its schools.  It brought the
16 heavy amounts of testing.  I don't know a lot of good
17 that it ever did, but it sounded good when it started.
18     Q.  Yes.  Have any of your Gardendale
19 constituents ever complained that there were too many
20 students in the Gardendale schools from Center Point?
21     A.  I knew that at one time people were
22 talking about having -- you know, bussing people from
23 other places and that kind of stuff.  But I never
24 heard that there were too many folks from Center
25 Point.

Page 38

1          I think our only overcrowded school
2  is -- is the elementary school which is one of the
3  questions I've never understood either, is we had Snow
4  Rogers, which it looked like enrollment was dropping.
5  And y'all probably looked at this.  So I never
6  understood -- because my kids are in the elementary
7  school -- why it's packed to the gills.  I think it's,
8  you know, overcapacity while we had other schools
9  right in our area that were undercapacity.
10     Q.  Okay.  I see.  So you -- you have never
11 told any officials of the Jefferson County School Board
12 that some of your constituents were concerned about the
13 excessive Center Point -- Center Point students?
14     A.  Only thing I've ever heard anybody say
15 that I can think about people from Center Point was
16 some people were asking or questioning some of the
17 disciplinary issues that were on the bus coming from
18 Center Point because one of the principals apparently
19 had to ride that bus from time to time.
20     Q.  I see.  All right.
21     A.  But that's all I recall about a Center
22 Point effort.
23     Q.  Yes, sir.  Yes, sir.  The question is:
24 Did you ever contact anyone at the county Board of
25 Education about that problem?

Page 39

1      A.  I do not recall that.  Who would I have
2  called to say that to, I mean, that we had too many
3  people from Center Point?  I really don't.
4      Q.  Well, do you --
5      A.  If you can help me, I'll try to --
6      Q.  Well, it probably would have been someone
7  in the superintendent -- the Jefferson County
8  superintendent's office.
9      A.  I've never -- that I recall I've never
10 talked to anybody -- even when I talked to -- I think
11 the only superintendent I talked to down there is
12 Dr. Pouncey.  And he was asking me about different
13 things.  And if I brought anything up about Center
14 Point, as far as I know it would be about the fact
15 that we do have some issues at the elementary school.
16         But the only thing that I've ever heard
17 about Center Point that I could have relayed would be
18 the things about the problems with -- at the junior
19 high.  But that's not the -- that's not the crowding
20 problem.  So I'm trying to understand --
21     Q.  All right.  The problem with -- about
22 Center Point students at the junior high level, you
23 heard about that?
24     A.  Yeah, only the thing about disciplinary
25 problems.  But I don't recall having an issue with --

Page 40

1  because I've been one of the people who has been
2  for -- I was for the Accountability Act.  I'm for
3  people being able to go to better schools.
4      Q.  Yeah.
5      A.  So that's where I'm trying to
6  understand where we're going.
7      Q.  So if -- if you talked with Dr. Pouncey
8  about Center Point students, it wasn't in connection --
9      A.  Yeah.  I don't even -- I don't remember
10 that conversation, but if you make it really clear to
11 me, I can help you.
12     Q.  Well, I don't -- I wasn't there.  I'm
13 just --
14     A.  Right.
15     Q.  -- asking.
16         But you're not denying that you may have
17 talked to him about --
18     A.  I talked to Dr. Pouncey about hoping
19 that we can get out of the system for sure.  And, you
20 know, what -- I don't know what he may have said that
21 we discussed so --
22     Q.  But you have no recollection of talking
23 to him -- him or any other official of the Jefferson
24 County School Board about the problem of Center Point
25 students?

SCOTT BEASON

Page 41

1   A. No.
2   Q. Okay. All right. Are you familiar with Focus?
4   A. Yes.
5   Q. What is Focus?
6   A. I don't remember what the acronym stands for, but it was a group of people trying to help form a Gardendale School System, or Gardendale City School System.
10   Q. All right. Have you been a part of that group?
12   A. I never joined, I wouldn't say, but I tried to help them get the whole effort to get a school system passed.
15   Q. All right. And have you --
16   A. I mean, I don't know what kind of thing you have to be to be a member, but I --
18   Q. I see. Have you been to any of its meetings?
20   A. I've met with the people, yes.
21   Q. And what people are you --
22   A. The people that did Focus? Segroves and Salters and -- what's Chris's last name? I'm drawing a blank.
25   Q. Would it have been Chris Brown?

Page 42

1   A. No. Chris Brown is a political consultant.
3   Q. Yeah.
4   A. Yeah. But, I mean, I know those people who are part of Focus. Lucas.
6   Q. Chris Lucas.
7   A. Yeah.
8   Q. Yeah. And has your wife had any involvement with Focus?
10   A. Yeah. I mean, I think we all were for passing the school system.
12   Q. All right. And has she contributed money to it?
14   A. I think we -- she probably did.
15   Q. And have you contributed personal funds to it?
17   A. If she wrote the check, I'm sure we -- I don't always -- I don't always know --
19   Q. Indirectly?
20   A. -- what we contribute to, right. Right.
22   Q. Directly or indirectly?
23   A. Right.
24   Q. But do you have any recollection of --
25   A. Probably.

Page 43

1   Q. -- your --
2   A. Probably.
3   Q. -- making a --
4   A. Yes, probably.
5   Q. And --
6   A. Well, I'm sure -- my recollection is she thought we probably -- we should give some. And if she did, I'm fine with that.
9   Q. All right. But you don't --
10   A. So I'll accept that we did.
11   Q. Do you -- do you have separate checking accounts?
13   A. No.
14   Q. Okay.
15   A. I'd be killed for that, separate checking accounts. But I'm -- you know, any way I could support the movement, I'm sure that -- that I did.
19   Q. All right. And you -- you gave them $500 of your campaign money?
21   A. I think that's correct. It might have been that same conversation.
23   Q. Pardon me?
24   A. That might have been part of the same conversation, are we going to -- are we supporting it

Page 44

1 so --
2   Q. What is your relationship with Chris Lucas? I mean, is he a friend of yours?
4   A. Not before any of the Focus stuff.
5   Q. That's how you got involved with him?
6   A. That's how -- that's how I know him.
7   Q. Yeah.
8   A. I might have known him a little bit before that. You know, you know a lot of people when you're in office --
11   Q. Yeah. Yeah. Yeah.
12   A. -- just in passing.
13   Q. Yeah.
14   A. But that's when I would have been around him more.
16   Q. And how about David Mowery?
17   A. David Mowery. I know David Mowery from Montgomery.
19   Q. All right. Is he a member of the Focus group, or does he live in Gardendale?
21   A. No, sir.
22   Q. Okay. Let me go back --
23   A. This is the big, tall David Mowery that does political consulting.
25   Q. I see. Mr. Lucas sort of consulted with

11 (Pages 41 to 44)

45

1  you with respect to how Focus should focus its
2  operations?
3     A.  They asked me -- yeah.  I mean, I guess
4  everybody who is ever involved in something political
5  in and around my area has always asked me something
6  about it, whether they were going to run for school
7  board or run for whatever.  Somebody usually asks me
8  what I think about whatever is going on.
9     Q.  And you and Mr. Lucas have talked about
10 this formation of the separate school system on more
11 than one occasion?
12    A.  I'm sure, yes, sir.
13    Q.  Who is Chris Brown?
14    A.  Chris Brown is my former campaign
15 consultant.
16    Q.  All right.  Has he been -- does he live
17 in Gardendale?
18    A.  No, sir, he does not.
19    Q.  And has he provided any counseling or
20 advice to Focus or other groups in the Gardendale area
21 who were --
22    A.  He did talk to Focus, yes, sir.
23    Q.  All right.  On more than one occasion?
24    A.  I wasn't on the calls, but I would have
25 expected him to.

46

1     Q.  Yeah.  Do you know whether he was hired
2  by them?
3     A.  I think they did hire him.
4     Q.  All right.  To work on the --
5     A.  The campaign.
6     Q.  -- yes, the campaign to create a separate
7  school system?
8     A.  Uh-huh.  Because it was going to
9  require the vote of the people to pass a revenue
10 measure.
11    Q.  All right.  Now, might David Mowery also
12 have been consulted in connection with --
13    A.  I don't know for sure about David.  I
14 mean, I wasn't involved in the nuts and bolts of that
15 part.  I just -- you know, other than telling them,
16 "You need to find somebody."
17        I don't remember how they ended up with
18 David.  I would have -- I would have sent them to
19 Chris first because he had been my consultant.
20    Q.  Yes.
21    A.  So I don't even remember how they got
22 to David before they got to Chris.
23    Q.  All right.  Now, the Mount Olive
24 community was concerned about the proposed new
25 Gardendale --

47

1     A.  I do have a question.
2     Q.  Yes, sir.
3     A.  Can I go pay my meter again, or do you
4  think they're going to get me?
5     Q.  They probably will get you.  You can go
6  pay your meter again.
7     A.  All right.  Can we take a break?
8     Q.  They get me regularly.
9     A.  If you can't get me off, nobody can.
10        THE VIDEOGRAPHER:  This marks the end of
11 Tape 1.  Off the record, 2:35 p.m.
12        (Said deposition was in recess
13         at 2:35 p.m. until 2:49 p.m.,
14         after which the following
15         occurred:)
16        THE VIDEOGRAPHER:  This is the beginning
17 of Tape No. 2.  We're on the record, 2:49 p.m.
18    Q.  (BY MR. CLEMON:)  Senator, before the
19 break, we -- I had mentioned the Mount Olive situation
20 and the concern of some Mount Olive citizens about the
21 proposed new school system.
22    A.  Yes, sir.
23    Q.  And you're aware of those concerns?
24    A.  Yes, sir.
25    Q.  Tell us what -- what are they?

48

1     A.  Do you have a specific question?
2  Because I could tell you the whole Mount Olive story,
3  and we'll be here like a long, long time.
4     Q.  Well, did you or didn't you sponsor some
5  annexation legislation?
6     A.  I was ready -- I was ready to.  I don't
7  remember if I ever filed it or not.  And I guess I
8  could look -- I guess I could have the legislative
9  reference.
10        How do you explain Mount Olive?  Okay.
11 Mount Olive and Gardendale, as far as I'm concerned,
12 from the time I was little have always been one place.
13 And my friends growing up lived in Mount Olive, we all
14 played ball together, we did all those things
15 together.
16        Once we got to junior high, the Mount
17 Olive Elementary kids came to Bragg, we were all there
18 together, and, you know, some of my best friends were
19 from Mount Olive.
20        When the school system thing came up,
21 the problem is --
22    Q.  You mean the -- the Gardendale School
23 System --
24    A.  The Gardendale School System effort --
25    Q.  Yes.  Yes.

12 (Pages 45 to 48)

49

1    A.   -- came up.
2         Well, you can only have a school system
3    inside your city limit sign -- lines, which
4    immediately causes a problem for the whole area, not
5    just Mount Olive, but the Brookside -- the northern
6    area of Brookside and those kind of places.
7         And when it all starting happening,
8    people from Mount Olive came to me and were saying,
9    "Well, we want to be part of it."
10        So the question is how do you get Mount
11   Olive into the city?  The reason it was uncomfortable
12   is because you had some people in Mount Olive who
13   didn't want to be a part of the city, and they were
14   talking about conflicts between the Mount Olive area
15   and the city that happened back when I was a little
16   kid.  And people were still mad about it.
17        And so there were people from Mount
18   Olive who not only didn't want to be in the city of
19   Gardendale, they didn't want a school system to
20   happen, they didn't want anything to happen.  And they
21   started raising cane, coming up with whatever reason
22   they could come up with about why Gardendale shouldn't
23   be able to have a school system.
24        It didn't matter to them; they just
25   didn't want it to happen.  And they were willing to

50

1    say whatever and do whatever.  Now, that's -- that's
2    not really part of my part as a senator.
3         So the idea was, all right, how do we
4    try to get -- how do we give people an option to do
5    it?  And one of my ideas, well, let's figure out just
6    how to have a vote.  Let the people of Mount Olive
7    vote, and if they vote to come in the city of
8    Gardendale, that solves our problem.
9         Well, that sounded like a good idea
10   except that upper Mount Olive area is a fire
11   district -- part of a fire district.  And the people
12   who run the fire district didn't want that to become
13   part of Gardendale.  And because of our state law, you
14   have that issue with the six years back-fire dues and
15   all that kind of stuff.
16        So, well, my first thought was, well,
17   we can -- if they vote and if it passes -- which I
18   think most people would have voted for it, I think --
19   they would come into the city.  And then we've got the
20   problem with the fire dues.
21        And I -- part of the reason I
22   remembered that was some of the people -- and I can't
23   give names.  It's kind of like people talking about
24   the establishment, you know, who all these folks
25   necessarily are.

51

1         But then they were saying, "Well, that
2    won't be fair because we're paying 10 mills for a fire
3    district, and we'll be paying 10 mills for the
4    school."
5         Well, the city of Gardendale said they
6    couldn't -- couldn't afford to buy the whole fire
7    district out.
8    Q.   Yeah.
9    A.   And then they were saying, you know,
10   "We'll sue because now we're being unequally taxed,
11   and part of the city will be under a full-time fire
12   district, part of them won't be."
13        And so every time there was some option
14   of how to make this work, somebody came on and said,
15   "We'll sue somehow, some way."
16        So like every angle we tried, even -- I
17   think one of the city council members came up with
18   this -- a tax district, and they could be -- have a
19   tax district to help pay that part and all that kind
20   of stuff.
21        But Mount Olive was the only place
22   where people came and said, "Hey, look, we want to be
23   a part of this."
24        And then a friend of ours that lives in
25   a part of Brookside, he wanted to figure out how to

52

1    get in Gardendale.  He does the sound stuff and stuff
2    for all the little events where you try to raise money
3    for the PTA and everything.
4    Q.   Who is that?
5    A.   What is Thomas' last name?  It's
6    Thomas.  I don't remember his last name.  My wife
7    would remember.  He's just Thomas to me.
8         And so the whole Mount Olive thing --
9    so I go out there, I'm trying to offer them a vote of
10   the people.  The people who don't want to be a part of
11   the city are just raising cane.  And it was just not
12   good politically.  But I was willing to try it if
13   that's what we went to.  But then the city came along
14   and said, "We can't even afford them."
15        And I had told the city, "Well, if you
16   can't afford it, I'm not going to force it" --
17   Q.   Yeah.
18   A.   -- even though at one time I
19   probably -- you know, I would have been interested in
20   trying to fix it legislatively.  But I thought the
21   best way to do it was try to let them vote.  And that
22   never -- never occurred.
23   Q.   So that just didn't work out?
24   A.   No.
25   Q.   And so -- and you know that a lot of the

13 (Pages 49 to 52)

**SCOTT BEASON**

53

1  parents in Garden -- in Mount Olive are dissatisfied at
2  the fact that they would no longer be -- their kids
3  would no longer be in Gardendale schools after this
4  13-year transition period?
5       A.   Well, I would hope their kids graduate
6  but -- if they're already in there, 13 years, they'd
7  have time to graduate.  But the area wouldn't be in
8  the school system anymore.
9       Q.   Yeah.
10      A.   Right.
11      Q.   But the ones who have kids who are two,
12 three years old --
13      A.   Yeah.  I don't know what the -- well, I
14 can't look at him.  But I don't remember what the
15 offer was.  I thought it was -- I thought siblings
16 were included, but I don't -- I don't remember --
17      Q.   I see.
18      A.   -- for sure.
19      Q.   Yeah.
20      A.   To make sure, which I thought was a
21 pretty good idea -- I mean, you've got to trans --
22 you've got to figure out how to make this happen some
23 way.  But that's why I still thought the best thing to
24 do was try to give those -- those places that are
25 already in the system, no matter where they are, an

54

1  option if they wanted to come in the city because you
2  can't just let people go without paying part of the
3  taxes.
4       Q.   Yes.
5       A.   Because that was the whole thing.  I
6  mean, that was the political campaign, was how do you
7  convince people in one of the most conservative places
8  in the world, maybe, to raise taxes on themselves --
9       Q.   Yeah.
10      A.   -- which was, you know --
11      Q.   Insofar as you know, Gardendale does not
12 intend to allow anyone who doesn't live in the city --
13      A.   I don't know.  I don't know -- I don't
14 know what the transfer thing is.  I know a lot of
15 people were talking about doing something similar to
16 what other systems do where you pay some kind of
17 tuition or transfer fee or -- I don't know.  I don't
18 remember what that policy was.
19      Q.   I see.  Yeah.  Yeah.  Yeah.
20      A.   Those things are outside of what --
21 anything I had anything to do with.
22      Q.   I see.  You mentioned that you know
23 Mr. Salters?
24      A.   I do know David Salters.
25      Q.   And where does he live?

55

1       A.   I believe he lives in Gardendale.
2       Q.   In Gardendale.  Is that an area that was
3  once in Mount Olive, or did he move into Gardendale?
4       A.   I don't know.  I didn't really know
5  David until this stuff started.
6       Q.   That's around 2012, '13?
7       A.   Whenever the campaign was, yes, sir.
8       Q.   Yeah.  Yeah.  Yeah.
9       A.   So I don't know if he moved.  I think
10 Chris Lucas moved, but I don't know if Salters lived
11 in somewhere else and moved or not.
12      Q.   I see.  All right.
13      A.   I've lived in Gardendale forever.  And
14 one of the reasons my wife and I -- which is why some
15 of this stuff bothers me, is that my wife and I made a
16 decision to live in Gardendale city limits hoping that
17 one day we would figure out how to have a Gardendale
18 City School System.
19           And my friends, the people who grew up
20 with me, the folks who didn't move away, you know,
21 they had to ask themselves do I buy an older home in
22 Gardendale that's smaller and try to fix it up and all
23 that kind of stuff, or do I build a new home right
24 outside Gardendale and either go -- still go to
25 Gardendale or go to Jordan or Corner or wherever?

56

1            And that's been part of the whole thing
2  I think a lot of people miss on this school system
3  thing, is there is an economic impact.  You know, we
4  are a very old -- older community because the kids
5  grow up and move down 280, move to Hoover, move
6  somewhere.  Their parents stay in Gardendale.
7            And then when the parents pass away,
8  there's nobody -- why do you buy an older home in
9  Gardendale?  And the selling point for other cities is
10 because we've got really good schools.  Bring your
11 kids here, bring -- you know, and it'll be great.  But
12 we can't make that argument.
13      Q.   Well, haven't -- haven't there been some
14 developments -- residential developments in Gardendale?
15      A.   Yeah.  Yeah.  I mean, we've done
16 okay --
17      Q.   Yeah.
18      A.   -- through the years.
19           But the old neighborhoods like I grew
20 up in, you know, their home values and stuff like that
21 haven't -- haven't grown.
22      Q.   Yeah.
23      A.   And part of it is why do you do it?
24           I had some friends -- what are their
25 names?  They moved away.  They moved to Nashville.  I

14 (Pages 53 to 56)

**57**

1  say "friends." We knew them because my kids were on
2  the soccer team with them.
3      And when they moved back to -- they
4  came back down here, got transferred back. And they
5  had relatives that live in Blount County. So they
6  wanted to live in Gardendale because it would be quick
7  to go to their relative's in Hayden.
8      And so the wife says, "Well, you know,
9  why don't we look at the school thing?"
10     So they get on the Internet, and they
11 research how good the schools are. They move to
12 Shelby County. And when you look on these things and
13 it says, you know, this school here on the south side
14 of town is great, it's got a great ranking, and then
15 our score is not very good, people are just looking --
16 I mean, those were people who lived there who moved
17 away.
18     And people forget all that kind of
19 stuff. I mean, part of that whole effort was to
20 give -- be a growth engine to keep the city
21 prospering, or try to keep the city prospering. I
22 mean, I grew up there. I just --
23     Q.  You live, I take it, in one of the newer
24 subdivisions?
25     A.  I do. I live up by the -- up by the

**58**

1  old golf course.
2      Q.  Yeah.
3      A.  And -- but it's on the -- I don't know
4  how familiar you are with Gardendale, but I live in
5  the New Castle area.
6      Q.  Yeah. Do you -- do you know the
7  community called North Smithfield Manor?
8      A.  I do. I do.
9      Q.  And how far is that from Gardendale?
10     A.  I don't know. I just know you go down
11 the interstate right there. It's on -- it's on the
12 other side of Fultondale.
13     Q.  I see. Did you ever propose a vote of
14 the North Smithfield Manor area?
15     A.  No. And no one ever contacted me from
16 there. And I wasn't the senator from there.
17     Q.  All right.
18     A.  Which I'd be cool with that. I mean,
19 like I said, anybody inside the -- that was going to
20 Gardendale I would love to have the opportunity, but
21 you've got to be part of Gardendale.
22     Q.  Yeah. Yeah.
23         MR. CLEMON: That's all I have.
24         THE WITNESS: If you'd have told me that,
25 I wouldn't have gone down and done the meter.

**59**

1      THE VIDEOGRAPHER: Any other questions by
2  phone?
3      MR. COLVIN: I don't have any questions.
4      MR. ROWE: No questions. Thank you,
5  Senator.
6      THE VIDEOGRAPHER: This marks the end of
7  Tape No. 2 and concludes the deposition. We're going
8  off the record, 3 o'clock p.m.
9      (Deposition concluded at 3:00 p.m.)

11     FURTHER THE DEPONENT SAITH NOT

**60**

1           C E R T I F I C A T E

3  STATE OF ALABAMA)
4  JEFFERSON COUNTY)

6      I hereby certify that the above proceedings
7  were taken down by me and transcribed by me using
8  computer-aided transcription, and that the above is a
9  true and correct transcript of the said proceedings
10 given by said witness.

12     I further certify that I am neither of counsel
13 nor of kin to the parties to the action, nor am I in
14 anywise interested in the result of said cause.

16     I further certify that I am duly licensed by
17 the Alabama Board of Court Reporting as a Certified
18 Court Reporter as evidenced by the ACCR number found
19 below.

21         COMMISSIONER - NOTARY PUBLIC

24         J. ASHLEY ARROWOOD, CSR, RPR
25         ACCR #480 - Exp. 9/30/2016